# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MCDONALD, ALAN A | U.S. DISTRICT COURT | 4/3/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| SENIOR ARTICLE III JUDGE | ☐ Nomination, Date<br>☐ Initial  ☒ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2005 to 12/31/2005 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P O BOX 2706<br>YAKIMA WA 98907-2706 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. OWNER | MARU RANCHES |
| 2. PARTNER | MARUDO ASSOCIATES |
| 3. PARTNER | CHIAWANA ORCHARDS |
| 4. STOCKHOLDER | CHIAWANA INC |
| 5. PARTNER | MPM PARTNERSHIP |
| 6. PARTNER | M&M RENTALS, A PARTNERSHIP |
| 7. OWNER, as a tenant in common | BADGER PCKET ORCHARD |

RECEIVED 2006 APR 12 A 10: 03 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Misc. payables | revolving (Chiawana Inc) Part VII, Line 6 | M |
| 2. Misc. payables | revolving (Chiawana Orch) Part VII, Line 5 | M |
| 3. U.S. Bank | debt (MPM) Part VII, Line 12 | M |
| 4. Allen/Meyer/McDonald | notes (Chiawana Orch) Part VII, Line 5 | M |
| 5. Farm Credit Services | note/debt (Chiawana orch) Part VII, Line 5 | P1 |
| 6. Farm Credit Services | term note (Chiawana Inc) Part VII, Line 6 | L |
| 7. U.S. Bank | operating line (Chiawana Orch) Part VII, Line 5 | P1 |
| 8. W. G. Meyer, Jr. | note (Chiawana Inc) Part VII, Line 6 | J |
| 9. Banner Bank ** See Note #1 | mortgage (Marudo) Part VII, Line 4 | O |
| 10. Key Bank ** See Note #2 | mortgage (Marudo) Part VII, Line 4 | M |
| 11. Shinn Family LLC | note (Chiawana Orch) Part VII, Line 5 | K |
| 12. David Newman | note (Chiawana Inc) Part VII, Line 6 | K |
| 13. Capital Equipment Lease | equipment (Chiawana Orch), Part VII, Line 5 | L |
| 14. Shareholder Option Obligation | note (Chiawana Orch) Part VII, Line 5 | N |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. LORD ABBETT AFFIIATED A-(formerly Affiliated Fund) | D | Dividend | N | T | Bought | 7/7 | J | | |
| 2. Bank of the West Accounts - Yakima, WA | C | Interest | M | T | | | | | |
| 3. RENTAL PROPERTY, Selah, WA | D | Rent | M | U | | | | | |
| 4. MARUDO ASSOCIATES (1/2 INTEREST) Land Develop. | G | Rent | P1 | U | | | | | |
| 5. CHIAWANA ORCHARDS (1/4 int)Bent,Grant,Yak & Frank Co | H1 | Rent | P2 | U | | | | | |
| 6. CHIAWANA INC (1/4 int) fruit warehouse, Yakima, WA | H1 | Rent | P1 | U | | | | | |
| 7. AMERICAN EXPRESS, common stock | B | Dividend | M | T | | | | | |
| 8. AMERIPRISE FINANCIAL, common stock, spin-off AmExp | A | Dividend | K | T | Spin-off | 10/3 | K | | Recd from American Exp. |
| 9. BOEING, INC, common stock | C | Dividend | N | T | | | | | |
| 10. US BANCORP, common stock | F | Dividend | P1 | T | | | | | |
| 11. PYPER JAFFRAY, common stock | | None | K | T | | | | | |
| 12. P'SHIP, 1/3 int, Yakima, WA., cold storage - "MPM" | F | Rent | O | U | | | | | |
| 13. P'SHIP, 1/2 int, Yakima, WA, wood apple bin rentals-"M&M" | E | Rent | K | U | | | | | |
| 14. LEHMAN BROS. HOLDINGS, INC, common stock | A | Dividend | L | T | | | | | |
| 15. BADGER POCKET VISTA RANCH, Kittitas Co., WA (2/3 interest) | D | Rent | M | U | Partial Sale | 12/30 | L | | No gain |
| 16. GOLDENDALE WA WTR SWR REV REF 5.65% 5/1/13, tax free | B | Interest | K | T | | | | | |
| 17. NUVEEN SENIOR INC FD, common stock | B | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ALTRIA GRP, common stock | D | Dividend | M | T | | | | | |
| 19. SAFECO CORP., common stock | B | Dividend | M | T | | | | | |
| 20. CADBURY SCHWEPPES, pfd stock | A | Interest | | | Redeemed | 4/18 | J | B | |
| 21. COSTCO, common stock | A | Dividend | K | T | | | | | |
| 22. ROYAL DUTCH SHELL (formerly Royal Dutch Pete) | B | Dividend | K | T | | | | | |
| 23. GREATER BAY BANKS, pfd stock, 9% 8/31/2006 | B | Interest | K | T | | | | | |
| 24. ALLIANCE BERNSTEIN, mutual fund | D | Dividend | L | T | | | | | |
| 25. CHEVRON CORP. (formerly Chevron Texaco) common stock | C | Dividend | L | T | | | | | |
| 26. PRINCIPAL FINANCIAL GROUP, common stock | A | Dividend | K | T | | | | | |
| 27. AMGEN, common stock | | None | L | T | | | | | |
| 28. CISCO SYS, common stock | | None | J | T | | | | | |
| 29. CITIGROUP, common stock | A | Dividend | K | T | | | | | |
| 30. GENERAL ELECTRIC, common stock | A | Dividend | K | T | | | | | |
| 31. INTEL CORP, common stock | A | Dividend | K | T | | | | | |
| 32. INTERNATIONAL BUSINESS MACHINE, common stock | A | Dividend | K | T | | | | | |
| 33. ADC TELECOMMUNICATIONS, common stock | | None | J | T | | | | | |
| 34. MUNDER NETNET-B common stock | | None | | | Total Sale | 6/15 | J | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MUNDER POWER PLUS, Cl-A, commons tock | | None | J | T | Bought | 6/15 | J | | |
| 36. MUNDER POWER PLUS, Cl-B (formerly Munder P.P.) | | None | L | T | | | | | See Note #3 |
| 37. U S BANK ACCOUNT, Agency Account | C | Div/Int | P1 | T | Partial Sale | 2/15 | K | A | See Note #4 |
| 38. | | | | | Partial Sale | 8/1 | L | A | |
| 39. | | | | | Partial Sale | 12/1 | K | A | |
| 40. MEDTRONIC, common stock | A | Dividend | L | T | | | | | |
| 41. COHEN & STEERS, common stock | D | Dividend | L | T | | | | | |
| 42. GABELLI DIVIDEND, common stock | B | Dividend | K | T | | | | | |
| 43. CALAMOS CONV, common stock | C | Dividend | K | T | | | | | |
| 44. TOBACCO SETTLEMENT, Wa, 6.5% tax exempt bond | B | Interest | K | T | Part Redemp. | 6/1 | J | | No Gain |
| 45. AMERIVEST PPTYS, common stock | | None | | | Total Sale | 3/16 | J | | No Gain |
| 46. LORD ABBETT, tax-free, Nat Inc - A | D | Interest | N | T | | | | | |
| 47. MADISON CLAYMORE COVERED CALL FUND | C | Dividend | K | T | | | | | |
| 48. FANNIE MAE | A | Dividend | | | Total Sale | 8/16 | J | | No Gain |
| 49. ISTAR FINANCIAL, common stock | C | Dividend | K | T | | | | | |
| 50. ELECTRONIC DATA SYSTEM CORP, com. st. | | None | K | T | Bought | 11/14 | K | | |
| 51. KAYNE ANDERSON ENERGY, common stock | A | Dividend | L | T | Bought | 6/27 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Bought | 11/28 | K | | |
| 53. NFJ DIVIDEND INT & PREM STAT FD, common stock | A | Dividend | K | T | Bought | 11/28 | K | | |
| 54. CALAMOS CONVERT. TXBL, SERIES T, fixed inc. | A | Dividend | K | T | Bought | 7/19 | K | | |
| 55. CALAMOS CONVERT. TXBL, SERIES F, fixed inc. | B | Dividend | L | T | Bought | 7/15 | L | | |
| 56. RMR REAL ESTATE FD, fixed inc. | A | Dividend | K | T | Bought | 10/11 | K | | |
| 57. PIONEER TAX ADVANTAGED BAL. TR. | A | Dividend | K | T | Bought | 1/12 | K | | |
| 58. | | | | | Bought | 7/7 | K | | |
| 59. CAPITAL LEASE FUNDING | A | Dividend | J | T | Bought | 11/28 | J | | |
| 60. TAMARACK INVT. FUNDS, tax free (cash equivalent) | A | Interest | J | T | Bought | 3/16 | J | | |
| 61. | | | | | | | | | |
| 62. IRA, DAIN RAUSCHER BROKERAGE ACCOUNT | E | Div/Int | P1 | T | | | | | |
| 63. - Misc FNMA REMIC, collateralized obligation | | | | | | | | | |
| 64. - Bristol Myers Squibb, common stock | | | | | | | | | |
| 65. - Tamarack Invt Fds (formerly Great Hall) - cash equivalent | | | | | | | | | |
| 66. - Exxon Mobil Corp, commonstock | | | | | | | | | |
| 67. - General Electric, common stock | | | | | | | | | |
| 68. - Pfizer, common stock | | | | | Total Sale | 1/9 | J | | No gain |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Nicholas Applegate, tax fixed income bond | | | | | | | | | |
| 70. - Jundt Opportunity Fd, mutual fund | | | | | Total Sale | 6/14 | N | | No Gain |
| 71. - Flaherty & Crumrine, bond | | | | | | | | | |
| 72. - Govt Nat' Mtg Assn, 9%, 9/15/08, coll. Obligation | | | | | | | | | |
| 73. - Boston Scientific Corp, common stock | | | | | | | | | |
| 74. - Nisource Inc., common stock | | | | | | | | | |
| 75. - Chevron (formerly Chevron Texaco, common stock | | | | | | | | | |
| 76. - Greater Bay Banks, 9%, pfd bond | | | | | | | | | See Note #5 |
| 77. - Fidelity Equity Value, Cl B, mutual fund | | | | | Total sale | 3/15 | M | | No Gain |
| 78. - Gamerica Capital-B, mutual fund | | | | | Total sale | 6/1 | L | | No Gain |
| 79. - Tyco Intl Ltd, common stock | | | | | Total sale | 5/9 | K | D | |
| 80. - Enerplus Res Fund, common stock | | | | | Total sale | 2/18` | K | E | |
| 81. - Chittenden Capital 8% Pfd, bond | | | | | | | | | |
| 82. - Crosstex Energy Lp | | | | | | | | | |
| 83. - Markwest Energy Partners, LP | | | | | | | | | |
| 84. - Calamos Convertible Opp & Inc Fund | | | | | Bought | 6/14 | K | | |
| 85. - Capitol Lease Funding | | | | | Total sale | 11/28 | J | | No Gain |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Cimarex Energy Co | | | | | | | | | |
| 87. - Gabelli Div & Inc. Fund | | | | | | | | | |
| 88. - New York Mtg Tr. | | | | | Total sale | 7/14 | K | | No Gain |
| 89. - Technology Investment Cap. Corp. | | | | | Bought | 11/14 | K | | |
| 90. - Tortoise Energy Corp. | | | | | | | | | |
| 91. - Verizon Communications | | | | | | | | | |
| 92. - XM Satellite Radio | | | | | | | | | |
| 93. - Eaton Vance Enhanced Equity Inc Fund | | | | | | | | | |
| 94. - Fannie Mae | | | | | Total sale | 8/16 | K | | No Gain |
| 95. - Copano Energy | | | | | Bought | 2/22 | K | | |
| 96. - RMR F.I.R.E. Fund | | | | | | | | | |
| 97. - Fidelity Adv Mid-Capp 11 - Cl. B. | | | | | Total sale | 2/15 | L | | No Gain |
| 98. - Advent Claymore Enhanced Growth/Income Fund | | | | | Bought | 1/28 | K | | |
| 99. - NFJ Divident Interest & Premium Strat. Fund | | | | | Bought | 2/24 | K | | |
| 100. | | | | | Total Sale | 11/28 | K | | No Gain |
| 101. - China Fund | | | | | Bought | 6/21 | L | | |
| 102. - Kane Anderson Energy | | | | | Bought | 6/28 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Total Sale | 11/28 | K | | No Gain |
| 104. - Williams Partners | | | | | Bought | 8/18 | L | | |
| 105. - Electronic Data Sys. | | | | | Bought | 11/14 | K | | |
| 106. - Capital Income Bldr. | | | | | Bought | 6/14 | M | | |
| 107. - Fidelity Adv. Equity Value - Class A | | | | | Bought | 2/15 | M | | |
| 108. - Fidelity Adv. Mid-Cap II - Class A | | | | | Bought | 2/15 | L | | |
| 109. - Fideltiy Adv. Mid-Cap II - Class T | | | | | Bought | 2/15 | K | | |
| 110. - Gamerica Capital - A | | | | | Bought | 6/1 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Notes to VI. LIABILITIES

Note #1 - Line 9 -
Banner Bank. New note signed on 6/30 and added to balance already owed at that time, increasing the debt.

Note #2 - Line 10 -
Key Bank. A portion of the total amount owing to Key Bank was paid on 6/30 and was refinanced through Banner Bank, as indicated in Note #1 above. A smaller balance owing remains.

Notes to VII. INVESTMENTS AND TRUSTS

Note #3 - Line 36 -
The 2004 report identified the asset only as Munder Power Plus, when in fact it should have been correctly identified as "Munder Power Plus, Class B". There is no change in the asset status, and this note is merely to clarify its identification.

Note #4 - Line 37 -
The 2004 report identified the asset only as US Bank Accounts, when in fact it should have been correctly identified as "US Bank Account, Agency Account". There is no change in the asset status, and this note is merely to clarify its identification.

Note #5 - Line 76 -
The 2004 report identified the asset as "pfd stock" ... This report corrects it to shows it correctly as "Greater Bay Bank, 9%, pfd. BOND"... There is no change in the asset status and this note is merely to clarify its identification.

| Name of Person Reporting | Date of Report |
|---|---|
| MCDONALD, ALAN A | 4/3/2006 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___4/3/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544